AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

### APPEARANCE

Case Number: 1:08-MJ-118M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Angel Alicea

I certify that I am admitted to practice in this court.

8-8-08

Date

Edward C. Roy / for Mary McElroy

Signature

Edward C. Roy, Jr. 3029

Print Name Bar Number

10 Weybosset Street, Suite 300

Address

Providence RI 02903

City State Zip Code

(401) 528-4281 (401) 528-4285

Phone Number Fax Number