AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF RI

UNITED STATES OF AMERICA

V.

Angel Alicea

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:08MJ118M

I, Angel Alicea, charged in a (complaint) (petition) pending in this District with being a felon in possession a firearm in violation of Title 18, U.S.C., 922 (g)(1), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Angel L. Alicea
Defendant

8-8-08
Date

[signature]
Counsel for Defendant