AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
AUG 06 2008
District of Rhode Island

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

ANGEL ALICEA

## WARRANT FOR ARREST

CASE NUMBER: 1:08-MJ-118M

To: The United States Marshall
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ANGEL ALICEA
Name

and bring him or her forthwith to the nearest magistrate judge to answer a

**CRIMINAL COMPLAINT**

charging him with (brief description of offense):

on 5/16/08, in the District of Rhode Island, knowingly possessing, in and affecting commerce, a firearm, to wit, a Kel-Tec, model P-3AT, .380 caliber semi-automatic pistol, serial number J1X78, having been previously convicted of a felony, in violation of 18 U.S.C. § 922(g)(1).

DAVID L. MARTIN
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

David L. Martin
Signature of Issuing Officer

PROVIDENCE, RHODE ISLAND
Date and Location

Bail fixed at $ ______ by David L. Martin
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ACI on writ, returned to ACI

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 08/06/2008 | CJ Wyant SDUSM | Chad Wyant |
| DATE OF ARREST 08/08/2008 | | |

This form was electronically produced by Elite Federal Forms, Inc.